**Lewis C. AMMERMAN, Movant, v. Bruce HAYS et al., Opposed.**

Court of Appeals of Kentucky.

Feb. 1, 1952.

John D. W. Collins, Whitesburg, for movant.

French Hawk, Whitesburg, for opposed.

PER CURIAM.

Motion for appeal from judgment denying movant's claim for $497.58, and declining to reinstate attachment.

Motion for appeal denied; judgment affirmed.